887 A.2d 1216

**DRB, INC. d/b/a Superior Homes and Bonnie Heights Homes, Appellants**

v.

**PENNSYLVANIA DEPARTMENT OF LABOR AND INDUSTRY, Appellee.**

Supreme Court of Pennsylvania.

Nov. 23, 2005.

## *ORDER*

PER CURIAM.

**AND NOW,** this 23rd day of November, 2005, the order of the Commonwealth Court is affirmed.